# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 19, 2015 |
| Court Reporter: Tammy Hoffschildt | Time: 30 minutes |
| Probation Officer: Nicole Peterson | Interpreter: Cathy Bahr |

**CASE NO. 14-CR-00096-PAB-12-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Stephanie Podolak |
| Plaintiff, | |
| vs. | |
| **12. PORFIRIA ALEJANDRA FARIAS-CONTRERAS,** | Richard Banta |
| Defendant. | |

## SENTENCING

**2:37 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00096-PAB-12
June 19, 2015

Argument by Ms. Podolak in support of the Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines. Questions by the Court.

Comments by Mr. Banta.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for a Sentence Reduction Pursuant to Section 5K1.1 of the Sentencing Guidelines [Docket No. 1032], is **GRANTED.**

Mr. Banta addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **March 13, 2015** to count **One of the Information.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **time served.**

Court RECOMMENDS that defendant receive credit for **time** spent in custody.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
14-CR-00096-PAB-12
June 19, 2015

- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If defendant is deported, she shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Application for Acceptance of Responsibility [Docket No. 1031], is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts [Docket No. 1033], is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**3:07 p.m.** **COURT IN RECESS**

**Total in court time:   30 minutes**

**Hearing concluded**