IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12.    PORFIRIA ALEJANDRA FARIAS-CONTRERAS

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1033]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1033] is granted. All counts of the Second Superseding Indictment are dismissed as to defendant Porfiria Alejandra Farias-Contreras only.

DATED June 19, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge